IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICAELLA SHEARS,<br><br>　　　　　Plaintiff,<br>　v.<br>BOSTON SCIENTIFIC CORP.,<br><br>　　　　　Defendant. | 1:13-CV-1298  AWI JLT<br><br>ORDER TAKING MOTION TO DISMISS OFF CALENDAR |

　　　Currently pending before the Court is Defendant's motion to dismiss.  Hearing on this matter is set for September 23, 2013, in Courtroom No. 2.  Also pending is Plaintiff's motion to remand, which is set for hearing before the Magistrate Judge on October 1, 2013.  Also pending is Defendant's motion to stay, which is set for hearing before the Magistrate Judge on October 15, 2013.  Pursuant to the Local Rules, the Court has reviewed the moving papers and has determined that the motion to dismiss is suitable for decision without oral argument.  Local Rule 230(h).  Although the Court will take the motion to dismiss under submission, it will not rule on the motion to dismiss until after the motion to remand (and likely the motion to stay) has been resolved.

　　　Therefore, IT IS HEREBY ORDERED that the previously set hearing date of September 23, 2013, is VACATED, and the parties shall not appear at that time.  As of September 23, 2013, the Court will take Defendant's motion to dismiss under submission and will issue its decision thereafter as described above.

IT IS SO ORDERED.

Dated:　September 19, 2013　　　　　　　　　　　/s/ signature
　　　　　　　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE